# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ORTEGA, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES POLICE DEPARTMENT et al., <br><br> Defendants. | Case No. CV 16-5395-PA (JPR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Second Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the R. & R. have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Plaintiff's SAC is denied without leave to amend and Judgment be entered dismissing this action.

DATED: June 29, 2017

PERCY ANDERSON
U.S. DISTRICT JUDGE

1