**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ORTEGA, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES POLICE DEPARTMENT et al., <br><br> Defendants. | Case No. CV 16-5395-PA (JPR) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS ADJUDGED that this action is dismissed.

DATED: June 29, 2017

PERCY ANDERSON
U.S. DISTRICT JUDGE